IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ANTHONY SELLS**                                                                                    **PLAINTIFF**
**REG #04147-063**

v.                                  NO: 4:14-cv-00638 KGB

**United States of America**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this same date, this case is dismissed. The relief requested is denied.

So ordered this 3rd day of March, 2016.

_____
Kristine G. Baker
United States District Judge